**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

FILED
2015 NOV 25 A 9:00
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Robert W. Stephenson<br>619 E Howell Ave. #101<br>Alexandria, VA 22301<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Kenneth Nassif<br>2121 Eisenhower Ave., Suite 200<br>Alexandria, VA 22314<br><br>Alliance Consulting Group<br>2121 Eisenhower Ave., Suite 200<br>Alexandria, VA 22314<br><br>　　　　　　Defendants | Civil Action No.: 1:15cv1409-TS/TCB<br><br>Argument: Dec. 11th, 2015 |

**PLAINTIFF'S MOTION TO REMAND THE CASE AND REMAND AND REMOVE THE COUNTERCLAIM TO STATE COURT**

Plaintiff Robert Stephenson moves this Court to remove or remand the case and Defendants' Counterclaim to state court, pursuant to the Court's lack of subject matter jurisdiction over the case.

Respectfully submitted,

*/s/ RWS*

Robert W. Stephenson
Pro Se

## CERTIFICATE OF SERVICE

I certify that on the 25th day of November, 2015, I mailed or delivered a true copy of the foregoing Motion to all Defendants herein pursuant to the Rules of the Eastern District of Virginia, Alexandria Division.



Signed by Robert W. Stephenson
Pro Se